IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | No. 09-CR-30188-MJR |
| VICTOR L. CANADA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Before the Court is defense counsel's Motion to Withdraw (Doc. 42), in which counsel states that Defendant's sentence at the statutory mandatory minimum precludes any non-frivolous argument for a sentence reduction under 18 U.S.C. § 3582(c) and the retroactive amendments to the crack cocaine Sentencing Guidelines.

The Court being duly advised in the premises grants the Motion to Withdraw filed by the Federal Public Defender's Office. So that Defendant may respond within 14 days of the date of this Order, the Court further directs that a copy be mailed to at his last known address:

Victor L. Canada
Reg. No. 08551-025
FCI Butner Medium I
Federal Correctional Institution
P.O. Box 1000
Butner, NC 27509

**IT IS SO ORDERED.**

**DATED:  January 26, 2012**

s/ *Michael J. Reagan*
**MICHAEL J. REAGAN**
**UNITED STATES DISTRICT JUDGE**